HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
AARON M. OLSEN (259923)
  aarono@haelaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. GONZALEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>EXAMINATION MANAGEMENT SERVICES, INC., a Nevada Corporation; LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; SOKO UNITED CORP., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____<br>EXAMINATION MANAGEMENT SERVICES, INC., a Nevada Corporation,<br><br>Third-Party Plaintiff,<br>v.<br>SOKO UNITED CORP., a California Corporation,<br><br>Third-Party Defendant. | Case No.: 3:17-cv-01077-JLS-JLB<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: August 22, 2019<br>Time: 10:00 a.m.<br><br>Judge: Honorable Janis L. Sammartino<br>Ctrm:  4D (4th Floor – Schwartz), Suite 4194<br><br>Mag. Judge: Honorable Jill L. Burkhardt<br>Dept.: 5th Floor (Schwartz), Suite 5140<br><br>Complaint Filed: May 24, 2017<br>Trial: TBD |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order Granting Preliminary Approval of Class Settlement and Provisional Settlement Class Certification (ECF No. 73), a hearing on Plaintiff's Motion for Final Approval has been scheduled for August 22, 2019 at 10:00 a.m. in Courtroom 4D of the above-entitled Court ("Final Approval Hearing").

Plaintiff Maria T. Gonzalez ("Plaintiff") respectfully moves for an order: (1) granting Final Approval of the Class Action Settlement; (2) confirming Certification of the Settlement Class; (3) confirming Appointment of Plaintiff as Class Representative and Plaintiff's Counsel as Class Counsel; (4) approving Class Counsels' Motion for Attorneys' Fees and Costs, as provided for in the Class Action Settlement ("Settlement Agreement"); (5) approving an Incentive Award to the Class Representative, as provided for in the Settlement Agreement; and (6) directing that the [Proposed] Final Order and Judgment be entered to give finality to the Settlement. This Motion is based on the concurrently filed Memorandum of Points and Authorities, the Declaration of Aaron M. Olsen, the Declaration of Maria T. Gonzalez, the Declaration of Elizabeth Kruckenberg on Behalf of Settlement Administrator with Respect to Opt Outs, and Objections Received, the records on file and all proceedings had in this matter to date, and all further evidence and argument submitted in support of or against the Motion.

Respectfully submitted,

Dated: August 1, 2019

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)

By: s/Aaron M. Olsen
AARON M. OLSEN

225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiff and the Proposed Class

HAEGGQUIST & ECK, LLP